UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTER MANUFACTURING INC.,

    Plaintiff,

v.

                                                     Case No. 1:11-cv-367

MIRO TOOL & MFG., INC.,                 HONORABLE PAUL L. MALONEY

    Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Miro Tool & Mfg., Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Miro Tool & Mfg., Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: May 11, 2011                                       /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                   Chief United States District Judge